IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3036 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| RAUL ANDRES GOMEZ, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

The government has filed a motion to continue the jury trial (filing 17) due to a witness transportation error by the United States Marshal's Service. I held a conference call with the lawyers, and they each agreed to a short continuance with the understanding that the time would be excludable. Accordingly,

IT IS ORDERED that:

(1) The motion to continue jury trial (filing 17) is granted.

(2) This matter is set as the number one criminal trial on Monday, June 4, 2007, at 9:00 a.m., for five trial days.

(3) The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161(h)(1)(I)& (h)(8)(A)(B).

May 9, 2007.  BY THE COURT:

*s/ Richard G. Kopf*
United States District Judge