IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3036 |
| v. | ) | |
| | ) | |
| RAUL ANDRES GOMEZ, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion for inquiry, filing 25, is granted, and a Rule 44(c) hearing will be held on **May 31, 2007 at 2:30 p.m.** before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

Defendant shall be present for the hearing.

DATED this 30th day of May, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge