```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                          )<br>            Plaintiff,    )<br>                          )<br>     v.                   )<br>                          )<br>RAUL ANDRES GOMEZ,        )<br>                          )<br>            Defendant.    )<br>                          ) | 4:06CR3036<br><br>MEMORANDUM AND ORDER |

Following an in-court colloquy with the defendant and counsel, pursuant to Rule 44(c) of the Federal Rules of Criminal Procedure, defendant chose to request new counsel.

IT THEREFORE HEREBY IS ORDERED,

1. Jessica Milburn's oral motion to withdraw as counsel for the defendant is granted.

2. The Federal Public Defender for the District of Nebraska shall provide the court with a draft appointment order (CJA Form 20) for substitute counsel bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

3. Trial remains set for July 9, 2007 before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 1st day of June, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge